IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )         4:02CR3049
                                )
        v.                      )
                                )
MAURICE BERRY,                  )         ORDER
                                )
                Defendants.     )
_____)
```

This matter is before the Court on defendant's motion to continue hearing on plaintiff's request for hearing on Rule 35(b) motion (Filing No. 90). The Court finds said request should be granted. Accordingly,

IT IS ORDERED that said motion is granted; a hearing on plaintiff's Rule 35(b) motion (Filing No. 86) is rescheduled in **OMAHA** for:

**Friday, September 30, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

DATED this 18th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court