IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3049 |
| | ) | |
| v. | ) | |
| | ) | |
| MAURICE BERRY, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS ORDERED that the hearing on plaintiff's Rule 35(b) motion (Filing No. 86) is rescheduled in **OMAHA** for:

**Friday, October 7, 2005, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

DATED this 8th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court