IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3049 |
| | ) | |
| v. | ) | |
| | ) | |
| MAURICE BERRY, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant's motion for appointment (Filing No. 104). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) That Donald B. Fiedler is reappointed to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

2) Hearing on plaintiff's Rule 35(b) motion (Filing No. 86) is rescheduled in **OMAHA** for:

**Thursday, December 15, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

DATED this 7th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court